# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0353.  HASTON et al. v. SHAPIRO & SWERTFEGER, LLP et al.**

Appellants filed a pauper's affidavit stating that they were unable to pay the costs of filing an appeal. Appellees then filed a traverse challenging the truth of those affidavits.  "The truth of a pauper's affidavit must be traversed in the trial court." (Citation omitted.) *Golden v. Newsome*, 173 Ga. App. 321 (326 SE2d 521) (1985). Consequently, we REMAND the case to the trial court to make a finding on the question of Appellants' indigency. See *Mapp v. We Care Transp. Servs., Inc.*, 314 Ga. App. 391, 393-394 (1) (724 SE2d 790) (2012) (remanding case for trial court to consider the truth of the affidavits of indigence).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*